UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-244-BR
No. 5:16-CV-78-BR

| | |
|---|---|
| ANTHONY ARTIS, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| UNITED STATES OF AMERICA, | ) |
|     Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b) and Rule 8 of the Rules Governing Section 2255 Proceedings for the United States District Courts, this matter is REFERRED to U.S. Magistrate Judge Robert B. Jones, Jr. to hold an evidentiary hearing and file proposed findings of fact and recommendation for disposition. The evidentiary hearing shall be conducted as promptly as practicable, having regard for the need of counsel for both parties for adequate time for investigation and preparation. Attention of all parties is directed to Federal Rule of Criminal Procedure 26.2. Counsel has previously been appointed to represent petitioner. (See DE # 52, at 3.)

This 5 July 2018.

                                                          W. Earl Britt
                                                    Senior U.S. District Judge